John Pregizer, Appellant, v. Mary Lorey, as Treasurer of Deutscher Margaretha Sterbe Unterstutzungs Verein of Buffalo, N. Y., Respondent. — Judgment affirmed, with costs. Held, that the deceased was not in good standing in the defendant society at the time of her death. All concurred, except Spring and Robson, JJ., who dissented.

Lehigh Valley Railroad Company, Appellant, v. Amasa J. Parker, Respondent.— Order affirmed, with costs. All concurred; Foote, J., not sitting.

Burnett Printing Company, Plaintiff, v. James D. Harris and Others, Defendants.— Defendants' exceptions overruled, motion for new trial denied, with costs, and judgment directed for the plaintiff upon the verdict, with costs. All concurred.

Max Levinson, Plaintiff, v. Albert J. Groh, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concurred.

James Leddy, as Administrator, etc., of James J. Leddy, Deceased, Appellant, v. The Lake Shore and Michigan Southern Railway Company, Respondent.— Judgment affirmed, with costs. All concurred; Kruse, J., not sitting.

Rowland C. Burdick, Respondent, v. The Post Agency, Appellant.— Judgment and order affirmed, with costs. All concurred.

J. Hewitt Morgan and Rudolph H. Kissel, as Trustees, etc., under the Last Will and Testament of David P. Morgan, Deceased, Appellants, v. United States Mortgage and Trust Company, Respondent.— Judgment and orders affirmed, with costs. See same case on former appeal (125 App. Div. 32). All concurred, except McLennan, P. J., and Robson, J., who dissented.

Thomas J. Hooks, Appellant, v. The City of Utica, Respondent.— Judgment affirmed, with costs. All concurred.

May Collins, Appellant, v. Buffalo, Lockport and Rochester Railway Company, Respondent, Impleaded with Edgar Knapp and Ida M. Knapp, Appellants.— Judgment affirmed, with costs. See same case on former appeal (145 App. Div. 148). All concurred, except Spring and Robson, JJ., who dissented.

Frances C. Crossman, as Administratrix, etc., of Harry C. Crossman, Deceased, Respondent, v. New York Telephone Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Martha A. Ritter, Respondent, v. George M. Lahr, Appellant.— Judgment and order affirmed, with costs. All concurred.

John B. Carnett, Respondent, v. H. H. Franklin Manufacturing Company, Appellant.— Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over within twenty days upon payment of the costs of the demurrer and of this appeal. All concurred.

Charles H. Geer, Respondent, v. Robert E. Storr, Appellant.— Judgment affirmed, with costs. All concurred.